MSE:
AO 91 (Rev. 11/11) Criminal Complaint

2020R00251

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

SAMUEL ELLIOTT FREY

Case No. 20-mj-358 HB

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 28, 2020, in St. Paul, in the State and District of Minnesota, defendant SAMUEL ELLIOTT FREY conspired with Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3 to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, 844(i), all in violation of Title 18, United States Code, Section 371 (Count 1); and defendant SAMUEL ELLIOTT FREY has attempted to destroy by fire property used and engaged in interstate commerce, in violation of Title 18, United States Code, Section 844(i) (Count 2).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Laura Gulick, ATF Special Agent
*Printed name and title*

Date: June 8, 2020

City and State: St. Paul, MN

*Judge's Signature*

The Honorable Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*